IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**INTERMED ULTRASOUND
SERVICES, INC.,**

       **Plaintiff,**

vs.                                         **CASE NO.: 1:06-CV-122-SPM**

**FEDEX FREIGHT,**

       **Defendant.**
_____/

### ORDER SUBSTITUTING COUNSEL

**THIS CAUSE** comes before the Court upon the "Stipulation for Substitution of Counsel" (doc. 18) filed by Defendant September 19, 2006, which states that Hamilton, Miller & Birthisel will now represent Defendant in this case.

Presuming that all parties have been given ten days' notice as required by Local Rule 11.1(F)(1), it is

**ORDERED AND ADJUDGED** as follows:

1.     The stipulation (doc. 18) is hereby acknowledged by the Court.

2.     The law firm of GrayRobinson and Cheryl Thompson, individually, are hereby *discharged* from further representation in this case.

3.     The law firm of Hamilton, Miller & Birthisel is hereby recognized as

counsel of record for Defendant.  No notice of appearance need be filed at this time.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of September, 2006.

    *s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge